**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____   Chapter  7

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **DriveNow Leasing LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-4377035 |
| 4. | Debtor's address | **Principal place of business**<br><br>**2028 Buffalo Terrace**<br>**Houston, TX 77019**<br>Number, Street, City, State & ZIP Code<br><br>**Harris**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | drivenowleasing.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

Debtor **DriveNow Leasing LLC**  　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ■ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ■ No.
   - ☐ Yes.

   | | | |
   |---|---|---|
   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

Debtor **DriveNow Leasing LLC**　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

| | | |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____　　　Relationship _____
District _____　When _____　Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　**Why does the property need immediate attention?** (*Check all that apply.*)

　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

　☐ It needs to be physically secured or protected from the weather.

　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　☐ Other _____

　**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

　**Is the property insured?**
　☐ No
　☐ Yes. Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49　　　　　☐ 1,000-5,000　　　☐ 25,001-50,000
☐ 50-99　　　　☐ 5001-10,000　　　☐ 50,001-100,000
☐ 100-199　　　☐ 10,001-25,000　　☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　☐ $10,000,001 - $50 million　　 ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　 ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion

Official Form 201　　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　　page 3

Debtor   **DriveNow Leasing LLC**                                                       Case number (*if known*)
　　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **DriveNow Leasing LLC**    Case number (*if known*) _____
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/4/2024
             MM / DD / YYYY

X _____(signed)_____        Jerry Lloyd Moore, Jr.
Signature of authorized representative of debtor   Printed name

Title  **Member and Manager**

**18. Signature of attorney**

X _____(signed)_____        Date  01/04/2024
Signature of attorney for debtor              MM / DD / YYYY

**Ronald J. Sommers 18842500**
**Iain L.C. Kennedy 24068094**
Printed name

**Nathan Sommers Jacobs, A Professional Corporation**
Firm name

**2800 Post Oak Blvd., 61st Floor**
**Houston, TX 77056**
Number, Street, City, State & ZIP Code

Contact phone  713-960-0303   Email address  rsommers@nathansommers.com
                                              ikennedy@nathansommers.com

**18842500 TX**
**24068094 TX**
Bar number and State

**United States Bankruptcy Court**
**Southern District of Texas**

In re  **DriveNow Leasing LLC**

Debtor(s)

Case No. _____

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member and Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 1/4/2024

_____
Jerry Lloyd Moore, Jr. Member and Manager
Signer/Title

```
AllianceOne Receivables Management Inc.
P.O. Box 3100
Southeastern, PA 19398-3100

Ann Harris Bennett
Tax Assessory-Collector
PO Box 4622
Houston, TX 77210-4622

AT&T
P.O. Box 5014
Carol Stream, IL  60197-5014

Ayrshire Corporation
2028 Buffalo Terrace
Houston, TX 77019


Bastrop County
Ellen Owens, Tax Assessor
P.O. Box 579
Bastrop, TX 78602

Bell & Williams Associates, Inc.
P.O. Box 238
Windham, NH  03087

Brazoria County Tax Assessor
Tax Assessory-Collector
P.O. Box 1586
Lake Jackson, TX 77566


Carbonell, Rene
20326 Sunny Shores Dr.
Humble, TX 77346

Carr, Riggs & Ingram
2 Riverway Dr, 15th Floor
Houston, TX  77056

Central Florida Expressway
525 South Magnolia Ave,
Orlando, FL 32801

CitiCouriers International, Inc.
P.O. Box 130377
Houston, TX  77219


City of Lynchburg
PO Box 9000
Lynchburg, VA 24505-9000
```

City of McAllen Tax Office
311 N. 15th Street
McAllen, TX 78501

Commonwealth of Massachusetts
EZDrive MA Payment Processing Center
PO Box 847840
Boston, MA 02284-7840

Cruz, Jose
6500 W 43rd St Apt 708
Houston, TX 77071

Dallas County Tax Office
John R Ames, CTA
P.O. Box 139066
Dallas, TX 75313-9066

E-Pass Service Center
525 South Magnolia Ave
Orlando, FL 32801

ECS Financials Services, Inc.
3400 Dundee Road, Suite 180
Northbrook, IL  60062

Express Toll
470 Public Highway Authority
PO Box 5470
Denver, CO 80217-5470

EZpassDE.com
Delaware E-Z Pass Payment Center
P.O. Box 697
Dover, DE 19903-0697

Federal Express
P.O. box 660481
Dallas, TX  75266-0481

FOOT
PO Box 31241
Tampa, FL 33631-3742

Fort Bend County Tax Assessor
P.O. Box 4277
Houston, TX 77210-4277

Fort Bend Tollway
PO Box 62202
Dallas, TX 75262-2002

```
Fort Stockton Towing & Truck Tires
2269 Gomez
Fort Stockton, TX 79735

HCTRA-Violations
Dept 11
PO Box 4440
Houston, TX 77210-4440

Help Me Bookkeeper LLC
1458 Campbell Rd, Suite 100
Houston, TX  77055

Hopkins County, Tax Assessor/Collector
Debbie Pogue Mitchell, PCC
P.O. Box 481
Sulpher Spring, TX 75483

Hunt County Tax Office
Randy L. Wineinger/Tax Assessor
P.O. Box 1042
Greenville, TX 75403-1042


Illinois Tollway
PO Box 5544
Chicago, IL 60680-5544

Jon M. Stautberg
1800 St. James Place, Suite 200
Houston, TX  77056

Kansas Turnpike Authority
PO Box 802746
Kansas City, MO 64180-2746


 License Plate Toll
 E-470 Public Highway Authority
 P.O. Box 5470
 Denver, CO 80217-5470

Linebarger Goggan Blair & Sampson, LLP
& Sampson, LLP
4 Penn Center, Suite 910
Philadelphia, PA 19103

 LGBS-DELDOT Client #DELDOTl
 PO Box 702118
 San Antonio, TX 78270-2118

 Maryland Transportation Authority
 PO Box 12853
 Philadelphia, PA 19176-0853
```

Moore, J. Lloyd  
2329 West Lake Dr Unit 1  
Austin, TX 78746

Nathan Sommers Jacobs  
2800 Post Oak Blvd, 61st floor  
Houston, TX 77056

New York Turnpike  
Violation Processing Center  
PO Box 15186  
Albany, NY 12212-5186

North Texas Toll Authority  
PO Box 660244  
Dallas, TX 75266-0244

Oklahoma Turnpike Authority  
Enforcement Branch  
PO Box 11255  
Oklahoma City, OK 73136-0255

Origin Bank  
9805 Katy Fwy., Ste 200  
Houston, TX 77024

Origin Bank  
*cl* o Eric English  
Porter Hedges LLP  
1000 Main St, 36th FL  
Houston, TX 77002

PA Turnpike Toll by Plate  
PO Box 645631  
Pittsburgh, PA 15264-3254

Palmer, Willie  
24949 Katy Ranch Rd  
Katy, TX 77423

Palmer, Willie  
24949 Katy Ranch Rd  
Brookshire, TX 77423

RMA Toll Processing  
PO Box 734182  
Dallas, TX 75373-4182

Shefield Towing Service  
POBox177  
Sheffield, TX 79781

Tarrant County Tax Assessor  
Wendy Burgess  
100 E. Weatherford  
Fort Worth, TX 76196

```
Texas Capital Bank
1330 Post Oak Blvd Ste 100
Houston, TX 77056

TX Tag
PO Box 650749
Dallas, TX 75265-0749

Uvalde County Appraisal District
209 North High Street
Uvalde, TX 78801-5207


Violations Processing Center
EZpassny.com
PO Box 15186
Albany, NY 12212-5186
```

Wilson County Tax Office
Dawn Polasek Barnett
1 Library Ln
Floresville, TX 78114